# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CAMILIA T. TERRY,

                Plaintiff,    :    Case No. 3:21-cv-033

                                                             District Judge Thomas M. Rose
-   vs   -                                            Magistrate Judge Michael R. Merz

STEVEN MNUCHIN,
  Secretary of the Treasury, et al.

                Defendants.    :

## ORDER OF REFERENCE

      Pursuant to 28 U.S.C. § 636(b), this case is hereby referred to United States Magistrate Judge Michael R. Merz from the date of this Order until the discovery cut-off date. The Magistrate Judge is authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute, including, without limiting the generality of the foregoing, all motions to remand removed cases to state court, all motions to dismiss or for judgment on the pleadings under Fed. R. Civ. P. 12, and all discovery-related motions. The Magistrate Judge shall proceed in accordance with Fed. R. Civ. P. 72.

January 25, 2021.                                                                   *s/Thomas M. Rose

                                                                                                            Thomas M. Rose
                                                                                        United States District Judge