# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CAMILIA T. TERRY,

                Plaintiff,    :    Case No. 3:21-cv-033

                                        District Judge Thomas M. Rose
  -  vs  -                             Magistrate Judge Michael R. Merz

STEVEN MNUCHIN,
  Secretary of the Treasury, et al.

                Defendants.    :

## AMENDED ORDER GRANTING PERMISSION TO PROCEED *IN FORMA PAUPERIS*

Based on Plaintiff's filing of a certified Cashier's Statement in her later case (*Terry v. Crawford, et al.*, Case No. 3:21-cv-035), the Court finds it erred in assessing the initial partial filing fee in this case which is hereby amended to $29.16 which the institutional cashier is ordered to forward to the Clerk as set forth in the prior Order.

The Cashier should note that Ms. Terry is assessed $29.16 in each pof these cases, so tht the Cashier should be forwarding a total of $58.32.

January 28, 2021.

                                                               s/ *Michael R. Merz*
                                                          United States Magistrate Judge