# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CAMILIA T. TERRY, | : | Case No. 3:20-cv-33 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| JANET YELLEN, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

## DECISION AND ENTRY

---

The Court has conducted a review of the Report and Recommendations of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 29), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** said Report and Recommendations and **ACCEPTS** the recommended disposition.

It therefore is **ORDERED** that:

1.   The Report and Recommendations filed on March 9, 2022 (Doc. No. 29) is ADOPTED in full;

2.   Defendant Annette Chambers-Smith's Motion to Dismiss (Doc. No. 20) is GRANTED and all claims against Defendant Annette Chambers-Smith are DISMISSED;

3.   Defendants Janet Yellen's and Charles Rettig's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 23) is GRANTED and all claims against Defendants Janet Yellen and Charles Rettig are DISMISSED; and

4.   The case is terminated on the Court's docket.

**IT IS SO ORDERED.**

March 29, 2022                                          s/Thomas M. Rose
                                                               Thomas M. Rose
                                                               United States District Judge

2